■  In the Matter of Kenneth C. Administration for Children's Services, Respondent; Gertrude B., Appellant. (Proceeding No. 1.) In the Matter of Kamora C. Administration for Children's Services, Respondent; Gertrude B., Appellant. (Proceeding No. 2.) In the Matter of Janiyah B.K. Administration for Children's Services, Respondent; Gertrude B., Appellant. (Proceeding No. 3.) [48 NYS3d 749]—

Appeal by the mother from an order of fact-finding and disposition of the Family Court, Suffolk County (Caren Loguercio, J.), dated March 4, 2016. The order, made after a fact-finding hearing, inter alia, found that the mother neglected the subject children. The notice of appeal from an order of fact-finding also dated March 4, 2016, is deemed to be a notice of appeal from the order of fact-finding and disposition (*see* CPLR 5512 [a]).

Ordered that the order of fact-finding and disposition is affirmed, without costs or disbursements.

The Family Court's finding of neglect is supported by a preponderance of the evidence (*see* Family Ct Act §§ 1012 [f] [i] [B]; 1046 [a] [iii]; [b] [i]; *Matter of Audrey K. [Erik K.]*, 108 AD3d 717 [2013]). Contrary to the mother's contention, the evidence adduced at the fact-finding hearing of her repeated misuse of drugs and alcohol, her repeated positive drug tests for marijuana and cocaine, and her failure to regularly attend a substance abuse treatment program established a prima facie case of neglect (*see* Family Ct Act § 1046 [a] [iii]). Therefore, neither actual impairment of the children's physical, mental, or emotional condition, nor specific risk of impairment, needed to be established (*see Matter of Audrey K. [Erik K.]*, 108 AD3d 717 [2013]; *Matter of Sadiq H. [Karl H.]*, 81 AD3d 647 [2011]). Accordingly, the court properly found that the mother neglected the children. Mastro, J.P., Leventhal, Barros and Brathwaite Nelson, JJ., concur.